DANIEL G. BOGDEN
United States Attorney
District of Nevada
ANDREW W. DUNCAN
Assistant United States Attorney
333 Las Vegas Boulevard South
Suite 5000
Las Vegas, Nevada 89101
702-388-6336

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No.: 2:10-cr-00203-JAD-GWF |
| Plaintiff, ) | **Motion to Continue Date to File Response** |
| vs. ) | |
| KI CHONG YOO, ) | |
| Defendant. ) | |

COMES NOW the United States of America by and through its attorneys, Daniel G. Bogden, United States Attorney, District of Nevada and Andrew W. Duncan, Assistant United States Attorney, and respectfully requests that the deadline for filing a response to defendant's Motion to Withdraw Plea (Doc. 121), be extended so that the Government will have up to December 31, 2013, within which to file said response. This extension is requested for the following reasons:

1. Counsel for the government has ordered the transcript of Defendant Lee's Change of Plea hearing. The transcript will not be delivered until on or about December 19, 2013. The transcripts are needed to assist the government in responding to Defendant's Motion to Withdraw Plea.

2. A Motion Hearing has been set for this matter on January 8, 2013 and a continuance of government's response will not cause a continuance of that Hearing.

3.     Counsel for Defendant has no position on this Motion, due to the pending Motion to Dismiss Counsel (Doc.123).

The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the Government sufficient time within which to be able to effectively and thoroughly research, prepare and respond to the motion at issue, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the response date for the motion at issue.

This the 10th day of December, 2013.

Respectfully Submitted,

DANIEL G. BOGDEN
United States Attorney

/s/
ANDREW W. DUNCAN
Assistant United States Attorney

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:10-cr-00203-JAD-GWF |
| Plaintiff, | **ORDER** |
| vs. | |
| KI CHONG YOO, | |
| Defendant. | |

Based on the pending Motion of counsel and good cause appearing therefore, the Court hereby finds that:

1. Counsel for the government has ordered the transcript of Defendant Yoo's Change of Plea hearing. The transcript will not be delivered until on or about December 19, 2013. The transcripts are needed to assist the government in responding to Defendant's Motion to Withdraw Plea.

2. A Motion Hearing has been set for this matter on January 8, 2013 and a continuance of government's response will not cause a continuance of that Hearing.

3. Counsel for Defendant has no position on this Motion, due to the pending Motion to Dismiss Counsel (Doc.123).

The additional time requested herein is not sought for purposes of delay but merely to allow counsel for the Government sufficient time within which to be able to effectively and thoroughly research, prepare and respond to the motion at issue, taking into account the exercise of due diligence.

Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance of the response date for the motion at issue.

**<u>ORDER</u>**

IT IS THEREFORE ORDERED that the deadline for filing a response to defendant's Motion to Withdraw Plea (Doc. 121), be extended so that the Government will have up to December 31, 2013, within which to file said response.

DATED this 30th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

2