UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> KI CHONG YOO, ) <br> ) <br> Defendant. ) | **O R D E R** <br><br> 2:10-CR-203-JAD-GWF |

**IT IS ORDERED** the oral motion made at the time of sentencing by Chris Aaron to withdraw as counsel for purposes of appeal is **GRANTED.**

**IT IS FURTHER ORDERED** the CJA Clerk shall promptly appoint new counsel to represent Defendant Ki Chong Yoo for the purpose of filing an appeal.

Dated: April 3, 2014.

_____
JENNIFER A. DORSEY, UNITED STATES DISTRICT JUDGE