IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

UNITED STATES OF AMERICA, ) Case No. 2:10-cr-203-JAD-GWF
      Plaintiff, )
 ) **ORDER TEMPORARILY UNSEALING**
  vs. ) **TRANSCRIPT**
KI CHONG YOO, )
      Defendant. )
_____)

On April 23, 2014, Katherine Eismann, Official Court Transcriber, received a Transcript Order from Todd M. Leventhal, counsel for defendant, requesting a transcript of the sealed hearing 12/10/13 in the above-entitled matter.

**IT IS THE ORDER OF THE COURT** that the sealed hearing shall be unsealed for the limited purpose of providing a copy of the transcript as requested by Todd M. Leventhal.

**IT IS FURTHER ORDERED** that the sealed hearing shall thereafter be resealed and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 73(b) and remain sealed until further order of the Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

Dated: April 29, 2014.

_____
JENNIFER A. DORSEY
United States District Court Judge