```
                    UNITED STATES DISTRICT COURT
                         DISTRICT OF NEVADA

UNITED STATES OF AMERICA,    )   Case No. 2:10-cr-203-JAD-GWF
          Plaintiff,         )
     vs.                     )        ORDER TEMPORARILY
KI CHONG YOO,                )        UNSEALING TRANSCRIPT
          Defendant.         )
_____)
```

On 4/25/2014, Felicia Zabin, Court Reporter, received a Transcript Order form **Todd M. Leventhal, Esq.**, requesting various transcripts including the **sealed** portion of the 1/29/2014 Motion Hearing. Also on 4/25/2014, this Court approved the preparation of the requested transcript by signing the CJA 24 form.

**IT IS THE ORDER OF THE COURT** that the sealed transcript shall be unsealed for the limited purpose of providing a copy of the transcript as requested by **Todd M. Leventhal, Esq.**

**IT IS FURTHER ORDERED** that the sealed transcript shall thereafter be resealed, and a certified copy of the transcript be delivered to the Clerk pursuant to 28, U.S.C., Section 753(b), until further order of this Court.

**IT IS FURTHER ORDERED** that the receiving party shall not disclose the sealed contents of the transcript of the sealed proceeding to anyone other than the representatives of the parties directly concerned with this case.

DATED this 23rd day of May, 2014.

JENNIFER A. DORSEY
United States District Judge